FILED

08 APR 16 PM 3:44

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1196 W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF RELATED CASE |
| ) | |
| JAMES FRANCIS MURPHY, ) | |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. James Francis Murphy</u>, Criminal Case No. 08CR0716-W.

DATED: April 16, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney