James-Francis: Murphy
In Care of Postal Department 234277
Encinitas, California 92023-4277
Tel: 760-230-2868
In Propria Persona (not Pro Se)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES FRANCIS MURPHY, ) <br>     Defendant, ) <br> ) <br> ──────────────── ) <br> James-Francis: Murphy ) <br> Real Party in Interest ) <br> Third Party Intervener ) <br> Authorized Representative ) <br> ──────────────── ) | Case No. – 08 CR 1196 W <br><br> NOTICE TO THE COURT <br> of <br> CHANGE OF MAIL <br> RECEIVING LOCATION <br> for <br> JAMES FRANCIS MURPHY <br> Defendant |

This serves notice to all interested parties moving in any capacity against Defendant that all correspondence, notifications, service of process, and any other forms written communication to be delivered by United States Postal Service to Authorized Representative must be label as follows:

James-Francis: Murphy

In Care of Postal Department 234277

Encinitas, California 92023-4277

Name and address are in proper case, do not use ALL CAPS. The name has a hypen "-" and a colon ":" in it. The use of a Zip code is optional, not mandatory ( see Domestic Mail Manual 602-1.3 (e) (2) ). I am Zip code exempt, therefore, you

1 | MUST set off the Zip code in brackets e.g., [92023-4277] or outside borders
2 | 92023-4277 .
3 |
4 | Any other forms or labeling than that aforesaid will be presumed by the Authorized
5 | Representative James-Francis: Murphy to be intended for parties other than the
6 | defendant and therefore will be **refused for cause without dishonor**, see U.S.
7 | Title 18 Section 1342.
8 | Respectfully submitted this 30th day of May, 2008.
9 | *[signature]*
10 | James-Francis: Murphy
11 | Authorized Representative
12 |
13 | **CERTIFICATE OF SERVICE IS MADE UPON THE FOLLOWING PARTIES**
14 |
15 | COPY of the forgoing hand delivered,
16 | This 30th day of May, 2008, to:
17 | U. S. Assistant Attorney Fred Sheppard
18 | 880 Front Street Room 6293
19 | San Diego, CA
20 | 619-557-5610
21 |
22 | _____
23 |
24 | Service performed by:
25 | James-Francis: Murphy
26 | In Care of Postal Department 234277
27 | Encinitas, California 92023-4277
28 | Tel. No.- 760-230-2868
29 | In Propria Persona (not Pro Se)
30 |

08/05/30 [CHANGE OF MAIL RECEIVING LOCATION for JAMES FRANCIS MURPHY]— Page 2 of 2