```
 1  James-Francis: Murphy
 2  In Care of Postal Department 234277
 3  Encinitas, California 92023-4277
 4  Tel: 760-230-2868
 5  In Propria Persona (not Pro Se)
```

FILED

08 MAY 30 PM 3: 57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  cf                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | Case No. – 08 CR 1196 W |
| Plaintiff, ) | |
| ) | |
| v. ) | PETITION IN LIMINE |
| ) | IN THE NATURE OF A MOTION |
| JAMES FRANCIS MURPHY, ) | AND |
| Defendant, ) | PETITION TO STRIKE |
| ) | |
| _____ ) | |
| James-Francis: Murphy ) | |
| Real Party in Interest ) | |
| Third Party Intervener ) | |
| Authorized Representative ) | |
| _____ ) | |

PETITION IN LIMINE IN THE NATURE OF A MOTION

Whereas the complaint filed and entered on February 22, 2008 by plaintiff

was supported by accusation made by Alex R. Moore, Special Agent, UNITED

1 | STATES DEPARTMENT OF STATE DIPLOMATIC SECURITY SERVICE, was submitted
2 | without personal firsthand knowledge (direct evidence) of the alleged events but
3 | only information and belief.
4 |     It does not appear, by evidence of the docket that any affidavit(s) of direct
5 | evidence have been presented to date by any other accuser(s).
6 | It appears to Third Party Intervener that no accuser is presently on file by direct
7 | evidence affidavit in the docket in this instant case.
8 |     WHEREFORE, the Third Party Intervener respectfully requests and moves this
9 | Court to strike the alleged accusation made by Alex R. Moore from the docket on
10 | the grounds that it contains no probative value, contains no direct evidence and is
11 | hearsay in its entirety.
12 |
13 | Respectfully submitted this 30th day of May, 2008.
14 |
15 | [signature]
16 | James-Francis: Murphy
17 | Authorized Representative

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | |
| 4 | COPY of the forgoing hand delivered, |
| 5 | This 30th day of May, 2008, to: |
| 6 | U. S. Assistant Attorney Fred Sheppard |
| 7 | 880 Front Street Room 6293 |
| 8 | San Diego, CA |
| 9 | 619-557-5610 |
| 10 | |
| 11 | _____ |
| 12 | |
| 13 | Service performed by: |
| 14 | James-Francis: Murphy            *(signature)* |
| 15 | In Care of Postal Department 234277 |
| 16 | Encinitas, California 92023-4277 |
| 17 | Tel. No.- 760-230-2868 |
| 18 | In Propria Persona (not Pro Se) |

08/05/30 [PETITION IN LIMINE]— Page 3 of 3