```
 1  James-Francis: Murphy
 2  In Care of Postal Department 234277
 3  Encinitas, California [92023-4277]
 4  Tel: 760-230-2868
 5  In Propria Persona (not Pro Se)
 6
```

FILED

08 MAY 30 PM 4:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:   CP         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. – 08 CR 1196 W |
| Plaintiff, ) | |
| ) | **NOTICE TO COURT OF HAINES V.** |
| v. ) | **KERNER and LOUISVILLE & N R** |
| ) | **CO V. SCHMIDT STATUS** |
| JAMES FRANCIS MURPHY, ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |
| James-Francis: Murphy ) | |
| Real Party in Interest ) | |
| Third Party Intervener ) | |
| Authorized Representative ) | |
| _____ ) | |

James-Francis: Murphy, Authorized Representative of the Defendant hereby gives this court judicial notice that the doctrine of Haines v. Kerner, 404 U.S. 519 (1972) and LOUISVILLE & N R CO v. SCHMIDT, 177 U.S. 230 (1900) wherein substance governs over mere form is being invoked in this instant case.

1  It is requested that the clerk of the court place this document in the evidence file

2  and make conformed copies for the Judges file.

3

4  Respectfully submitted this 30th day of May, 2008.

5

6  *[signature]*

7  James-Francis: Murphy

8  Authorized Representative

9

10 **CERTIFICATE OF SERVICE**

11

12 COPY of the forgoing hand delivered,

13 This 30th day of May, 2008, to:

14 U. S. Assistant Attorney Fred Sheppard

15 880 Front Street Room 6293

16 San Diego, CA

17 619-557-5610

18

19 _____

20

21 Service performed by:

22 James-Francis: Murphy

23 In Care of Postal Department 234277

24 Encinitas, California 92023-4277

25 Tel. No.- 760-230-2868

26 In Propria Persona (not Pro Se)