**NUNC PRO TUNC**

**AUG 1 5 2008**

James-Francis: Murphy
In Care of Postal Department 234277
Encinitas, California 92023-4277
Tel: 760-230-2868
In Propria Persona

FILED
AUG 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. – 08 CR 1196 W |
|     Plaintiff, ) | |
| ) | NOTICE AND MEMORANDUM OF |
| v. ) | BIBLICAL FOUNDATIONS AND |
| ) | REFERENCES IN SUPPORT OF |
| JAMES FRANCIS MURPHY, ) | Third Party Intervener |
|     Defendant, ) | Law Form |
| ) | |
| _____ ) | Magistrate Judge Nina Stormes |
| James-Francis: Murphy ) | August 21, 2008 at 9:30am |
| Real Party in Interest ) | |
| Third Party Intervener ) | |
| Authorized Representative ) | Judge Thomas J. Whelan |
| ) | September 8, 2008 at 2:00pm |
| _____ ) | |

**BIBLICAL FOUNDATIONS AND REFERENCES**

1. The contract or agreement set forth in The Book of Genesis, Chapter 17, is the contract upon which James-Francis: Murphy's ultimate foundation rests. Genesis 17 in the King James Version (KJV) is as follows;

[1] And when Abram was ninety years old and nine, the LORD appeared to Abram, and said unto him, I am the Almighty God; walk before me, and be thou perfect.
[2] And I will make my covenant between me and thee, and will multiply thee exceedingly.
[3] And Abram fell on his face: and God talked with him, saying,
[4] As for me, behold, my covenant is with thee, and thou shalt be a father of many nations.
[5] Neither shall thy name any more be called Abram, but thy name shall be Abraham; for a father of many nations have I made thee.
[6] And I will make thee exceeding fruitful, and I will make nations of thee, and kings shall come out of thee.
[7] And I will establish my covenant between me and thee and thy seed after thee in their generations for an everlasting covenant, to be a God unto thee, and to thy

1  seed after thee.
2  [8] And I will give unto thee, and to thy seed after thee, the land wherein thou art a
3  stranger, all the land of Canaan, for an everlasting possession; and I will be their
4  God.
5  [9] And God said unto Abraham, Thou shalt keep my covenant therefore, thou, and
6  thy seed after thee in their generations.
7  [10] This is my covenant, which ye shall keep, between me and you and thy seed
8  after thee; Every man child among you shall be circumcised.
9  [11] And ye shall circumcise the flesh of your foreskin; and it shall be a token of
10 the covenant betwixt me and you.
11 [12] And he that is eight days old shall be circumcised among you, every man child
12 in your generations, he that is born in the house, or bought with money of any
13 stranger, which is not of thy seed.
14 [13] He that is born in thy house, and he that is bought with thy money, must
15 needs be circumcised: and my covenant shall be in your flesh for an everlasting
16 covenant.
17 [14] And the uncircumcised man child whose flesh of his foreskin is not
18 circumcised, that soul shall be cut off from his people; he hath broken my
19 covenant.
20 [15] And God said unto Abraham, As for Sarai thy wife, thou shalt not call her
21 name Sarai, but Sarah shall her name be.
22 [16] And I will bless her, and give thee a son also of her: yea, I will bless her, and
23 she shall be a mother of nations; kings of people shall be of her.
24 [17] Then Abraham fell upon his face, and laughed, and said in his heart, Shall a
25 child be born unto him that is an hundred years old? and shall Sarah, that is ninety
26 years old, bear?
27 [18] And Abraham said unto God, O that Ishmael might live before thee!
28 [19] And God said, Sarah thy wife shall bear thee a son indeed; and thou shalt call
29 his name Isaac: and I will establish my covenant with him for an everlasting
30 covenant, and with his seed after him.
31 [20] And as for Ishmael, I have heard thee: Behold, I have blessed him, and will
32 make him fruitful, and will multiply him exceedingly; twelve princes shall he beget,
33 and I will make him a great nation.
34 [21] But my covenant will I establish with Isaac, which Sarah shall bear unto thee
35 at this set time in the next year.
36 [22] And he left off talking with him, and God went up from Abraham.
37 [23] And Abraham took Ishmael his son, and all that were born in his house, and
38 all that were bought with his money, every male among the men of Abraham's
39 house; and circumcised the flesh of their foreskin in the selfsame day, as God had

said unto him.

[**24**] And Abraham was ninety years old and nine, when he was circumcised in the flesh of his foreskin.

[**25**] And Ishmael his son was thirteen years old, when he was circumcised in the flesh of his foreskin.

[**26**] In the selfsame day was Abraham circumcised, and Ishmael his son.

[**27**] And all the men of his house, born in the house, and bought with money of the stranger, were circumcised with him.

2. Evidence of the connection between today's population and the Genesis 17 contract can be found in the following passages but specifically **Galatians 3:29.**

"KJV Romans 4:14 For if they which are of the law *be* **heirs**, faith is made void, and the promise made of none effect:

KJV Romans 8:17 And if children, then **heirs**; **heirs** of God, and joint-heirs with Christ; if so be that we suffer with *him*, that we may be also glorified together.

**KJV Galatians 3:29 And if ye *be* Christ's, then are ye Abraham's seed, and heirs according to the promise.**

KJV Titus 3:7 That being justified by his grace, we should be made **heirs** according to the hope of eternal life.

KJV Hebrews 6:17 Wherein God, willing more abundantly to shew unto the **heirs** of promise the immutability of his counsel, confirmed *it* by an oath:

KJV Hebrews 11:9 By faith he sojourned in the land of promise, as *in* a strange country, dwelling in tabernacles with Isaac and Jacob, the **heirs** with him of the same promise:

KJV James 2:5 Hearken, my beloved brethren, Hath not God chosen the poor of this world rich in faith, and **heirs** of the kingdom which he hath promised to them that love him?

KJV 1 Peter 3:7 Likewise, ye husbands, dwell with *them* according to knowledge, giving honour unto the wife, as unto the weaker vessel, and as being **heirs** together of the grace of life; that your prayers be not hindered."

3. The new testament states in Matthew Chapter 25: 14-30,

"14 For *the kingdom of heaven is* as a man travelling into a **far country, who called his own servants, and delivered unto them his goods.**
15 And unto one he gave five talents, to another two, and to another one; to every man according to his several ability; and straightway took his journey.
16 Then he that had received the five talents went and traded with the same, and made *them* other five talents.
17 And likewise he that *had received* two, he also gained other two.
18 But he that had received one went and digged in the earth, and hid his lord's money.
19 After a long time the lord of those servants cometh, and reckoneth with them.
20 And so he that had received five talents came and brought other five talents, saying, Lord, thou deliveredst unto me five talents: behold, I have gained beside them five talents more.
21 His lord said unto him, Well done, *thou* good and faithful servant: thou hast been faithful over a few things, I will make thee ruler over many things: enter thou into the joy of thy lord.
22 He also that had received two talents came and said, Lord, thou deliveredst unto me two talents: behold, I have gained two other talents beside them.
23 His lord said unto him, Well done, good and faithful servant; thou hast been faithful over a few things, I will make thee ruler over many things: enter thou into the joy of thy lord.
24 Then he which had received the one talent came and said, Lord, I knew thee that thou art an hard man, reaping where thou hast not sown, and gathering where thou hast not strawed:
25 And I was afraid, and went and hid thy talent in the earth: lo, *there* thou hast *that is* thine.
26 His lord answered and said unto him, *Thou* wicked and slothful servant, thou knewest that I reap where I sowed not, and gather where I have not strawed:
27 Thou oughtest therefore to have put my money to the exchangers, and *then* at my coming I should have received mine own with usury.
28 Take therefore the talent from him, and give *it* unto him which hath ten talents.
29 For unto every one that hath shall be given, and he shall have abundance: but from him that hath not shall be taken away even that which he hath.
30 **And cast ye the unprofitable servant into outer darkness: there shall be weeping and gnashing of teeth."**

The American people are the ultimate secular Lord(s) in relation to their public servants (regardless of their current capacity or incapacity in "government" equity).

4. In the Book of Deuteronomy 5:1-33 it states the basic rules upon which we are to live our lives.

KJV Deuteronomy 5:1 And Moses called all Israel, and said unto them, Hear, O Israel, **the statutes and judgments** which I speak in your ears this day, that ye may learn them, and keep, and do them.
2 **The LORD our God made a covenant with us in Horeb.**
3 The LORD made not this covenant with our fathers, but with us, *even* us, who *are* all of us here alive this day.
4 The LORD talked with you face to face in the mount out of the midst of the fire,
5 (I stood between the LORD and you at that time, to shew you the word of the LORD: for ye were afraid by reason of the fire, and went not up into the mount;) saying,
6 I *am* the LORD thy God, which brought thee out of the land of Egypt, from the house of bondage.
7 **Thou shalt have none other gods before me**.
8 **Thou shalt not make thee** *any* **graven image,** *or* **any likeness** *of any* ***thing* that *is* in heaven above, or that *is* in the earth beneath, or that *is* in the waters beneath the earth:**
9 Thou shalt not bow down thyself unto them, nor serve them: for I the LORD thy God *am* a jealous God, visiting the iniquity of the fathers upon the children unto the third and fourth *generation* of them that hate me,
10 And shewing mercy unto thousands of them that love me and keep my commandments.
11 **Thou shalt not take the name of the LORD thy God in vain**: for the LORD will not hold *him* guiltless that taketh his name in vain.
12 **Keep the sabbath day to sanctify it, as the LORD thy God hath commanded thee.**
13 Six days thou shalt labour, and do all thy work:
14 But the seventh day *is* the sabbath of the LORD thy God: *in it* thou shalt not do any work, thou, nor thy son, nor thy daughter, nor thy manservant, nor thy maidservant, nor thine ox, nor thine ass, nor any of thy cattle, nor thy stranger that *is* within thy gates; that thy manservant and thy maidservant may rest as well as thou.

15 And remember that thou wast a servant in the land of Egypt, and *that* the LORD thy God brought thee out thence through a mighty hand and by a stretched out arm: therefore the LORD thy God commanded thee to keep the sabbath day.

16 **Honour thy father and thy mother**, as the LORD thy God hath commanded thee; that thy days may be prolonged, and that it may go well with thee, in the land which the LORD thy God giveth thee.

17 **Thou shalt not kill [murder].**

18 **Neither shalt thou commit adultery.**

19 **Neither shalt thou steal.**

20 **Neither shalt thou bear false witness against thy neighbour.**

21 **Neither shalt thou desire thy neighbour's wife, neither shalt thou covet thy neighbour's house, his field, or his manservant, or his maidservant, his ox, or his ass, or any *thing* that *is* thy neighbour's.**

22 These words the LORD spake unto all your assembly in the mount out of the midst of the fire, of the cloud, and of the thick darkness, with a great voice: and he added no more. And he wrote them in two tables of stone, and delivered them unto me.

23 And it came to pass, when ye heard the voice out of the midst of the darkness, (for the mountain did burn with fire,) that ye came near unto me, *even* all the heads of your tribes, and your elders;

24 And ye said, Behold, the LORD our God hath shewed us his glory and his greatness, and we have heard his voice out of the midst of the fire: we have seen this day that God doth talk with man, and he liveth.

25 Now therefore why should we die? for this great fire will consume us: if we hear the voice of the LORD our God any more, then we shall die.

26 For who *is there of* all flesh, that hath heard the voice of the living God speaking out of the midst of the fire, as we *have*, and lived?

27 Go thou near, and hear all that the LORD our God shall say: and speak thou unto us all that the LORD our God shall speak unto thee; and we will hear *it*, and do *it*.

28 And the LORD heard the voice of your words, when ye spake unto me; and the LORD said unto me, I have heard the voice of the words of this people, which they have spoken unto thee: they have well said all that they have spoken.

29 O that there were such an heart in them, that they would fear me, and keep all my commandments always, that it might be well with them, and with their children for ever!

30 Go say to them, Get you into your tents again.

31 But as for thee, stand thou here by me, and I will speak unto thee all the commandments, and the statutes, and the judgments, which thou shalt teach them, that they may do *them* in the land which I give them to possess it.

32 Ye shall observe to do therefore as the LORD your God hath commanded you: ye shall not turn aside to the right hand or to the left.

33 Ye shall walk in all the ways which the LORD your God hath commanded you, that ye may live, and *that it may be* well with you, and *that* ye may prolong *your* days in the land which ye shall possess.

5. In the Book of Deuteronomy it states that we, as believers, are to avoid the ways of the stranger, the pagan, the unbeliever, the Canaanites, the witches etc. Therefore, James-Francis: Murphy cannot operate in the advocates (the Form SS-5 "US government (?)") equity but must therefore operate in accord with that agreement set forth in The (Torah) Book of Genesis 17 and confirmed in The Book of Matthew 5:17-19.

"17 Think not that I am come to destroy the law, or the prophets: I am not come to destroy, but to fulfill.

18 For verily I say unto you, Till heaven and earth pass, one **jot** or one tittle shall in no wise pass from the law, till all be fulfilled.

19 Whosoever therefore shall break one of these least commandments, and shall teach men so, he shall be called the least in the kingdom of heaven: but whosoever shall do and teach *them*, the same shall be called great in the kingdom of heaven."

6. As Sovereign Americans and Torah following believers we are not to operate and come under another Sovereign's control.

"KJV 1 Samuel 8:1 And it came to pass, when Samuel was old, that he made his sons judges over Israel.

2 Now the name of his firstborn was Joel; and the name of his second, Abiah: *they were* judges in Beersheba.

3 And his sons walked not in his ways, but turned aside after lucre, and took bribes, and perverted judgment.

4 **Then all the elders of Israel gathered themselves together, and came to Samuel unto Ramah,**

5 **And said unto him, Behold, thou art old, and thy sons walk not in thy ways: <u>now make us a king to judge us like all the nations.</u>**

| | |
|---|---|
| 1 | 6 But the thing displeased Samuel, when they said, Give us a king to judge us. |
| 2 | And Samuel prayed unto the LORD. |
| 3 | 7 <u>And the LORD said unto Samuel, Hearken unto the voice of the people in all that</u> |
| 4 | <u>they say unto thee: for they have not rejected thee, but they have rejected me, that</u> |
| 5 | <u>I should not reign over them.</u> |
| 6 | 8 According to all the works which they have done since the day that I brought |
| 7 | them up out of Egypt even unto this day, wherewith they have forsaken me, and |
| 8 | served other gods, so do they also unto thee. |
| 9 | 9 Now therefore hearken unto their voice: howbeit yet protest solemnly unto them, |
| 10 | and shew them the manner of the king that shall reign over them. |
| 11 | 10 And Samuel told all the words of the LORD unto the people that asked of him a |
| 12 | king. |
| 13 | 11 And he said, This will be the manner of the king that shall reign over you: He |
| 14 | will take your sons, and appoint *them* for himself, for his chariots, and *to be* his |
| 15 | horsemen; and *some* shall run before his chariots. |
| 16 | 12 And he will appoint him captains over thousands, and captains over fifties; and |
| 17 | *will set them* to plow his ground, and to reap his harvest, and to make his |
| 18 | instruments of war, and instruments of his chariots. |
| 19 | 13 And he will take your daughters *to be* confectionaries, and *to be* cooks, and *to* |
| 20 | *be* bakers. |
| 21 | 14 And he will take your fields, and your vineyards, and your oliveyards, *even* the |
| 22 | best *of them*, and give *them* to his servants. |
| 23 | 15 And he will take the tenth of your seed, and of your vineyards, and give to his |
| 24 | officers, and to his servants. |
| 25 | 16 And he will take your menservants, and your maidservants, and your goodliest |
| 26 | young men, and your asses, and put *them* to his work. |
| 27 | 17 He will take the tenth of your sheep: and ye shall be his servants. |
| 28 | **18 <u>And ye shall cry out in that day because of your king which ye shall</u>** |
| 29 | **<u>have chosen you; and the LORD will not hear you in that day.</u>** |
| 30 | **<u>19 Nevertheless the people refused to obey the voice of Samuel; and they</u>** |
| 31 | **<u>said, Nay; but we will have a king over us;</u>** |
| 32 | 20 That we also may be like all the nations; and that our king may judge us, and |
| 33 | go out before us, and fight our battles. |
| 34 | 21 And Samuel heard all the words of the people, and he rehearsed them in the |
| 35 | ears of the LORD. |
| 36 | 22 And the LORD said to Samuel, Hearken unto their voice, and make them a |
| 37 | king. And Samuel said unto the men of Israel, Go ye every man unto his city. |
| 38 | |

James-Francis: Murphy is awake. James-Francis: Murphy does not need an unseen king via some unknown, hidden creditor to lord over the James-Francis: Murphy. This would violate the doctrine set forth above in I Samuel 8. James-Francis: Murphy can read.

7. It is the understanding of James-Francis: Murphy that the free, independent, sovereign Americans lost their way over their own Sovereignty sometime between the 1850' and the 1930's. The 1851 Limited Liability Act helped bankers, shippers, and railroad owners but did little to alter the Genesis 17 agreement. The War between the States (a.k.a. "Civil War") from 1861 – 1865 created much political, social and financial upheaval and change. As a result the current equity based system was created and finally implemented in the 1930's under Franklin D. Roosevelt. It matters not from which particular source the secular changes occurred, the results of a political "sea change" are self-evident. The results of law form alteration from the Genesis 17 agreement to the current "New Deal" equity (whatever the motivation) are in nature similar to the Sovereign alteration demonstrated in The Book of Daniel 4.

KJV Daniel 4:1 **Nebuchadnezzar the king**, unto all people, nations, and languages, that dwell in all the earth; Peace be multiplied unto you.
2 I thought it good to shew the signs and wonders that the high God hath wrought toward me.
3 How great *are* his signs! and how mighty *are* his wonders! his kingdom *is* an everlasting kingdom, and his dominion *is* from generation to generation.
**4 I Nebuchadnezzar was at rest in <u>mine house</u>**, and flourishing in my palace:
5 I saw a dream which made me afraid, and the thoughts upon my bed and the visions of my head troubled me.
6 Therefore made I a decree to bring in all the wise *men* of Babylon before me, that they might make known unto me the interpretation of the dream.
7 Then came in the magicians, the astrologers, the Chaldeans, and the soothsayers: and I told the dream before them; but they did not make known unto me the interpretation thereof.
8 But at the last Daniel came in before me, whose name *was* Belteshazzar, according to the name of my god, and in whom *is* the spirit of the holy gods: and before him I told the dream, *saying*,
9 O Belteshazzar, master of the magicians, because I know that the spirit of the holy gods *is* in thee, and no secret troubleth thee, tell me the visions of my dream that I have seen, and the interpretation thereof.
10 Thus *were* the visions of mine head in my bed; I saw, and behold a tree in the midst of the earth, and the height thereof *was* great.

11 The tree grew, and was strong, and the height thereof reached unto heaven, and the sight thereof to the end of all the earth:

12 The leaves thereof *were* fair, and the fruit thereof much, and in it *was* meat for all: the beasts of the field had shadow under it, and the fowls of the heaven dwelt in the boughs thereof, and all flesh was fed of it.

13 I saw in the visions of my head upon my bed, and, behold, a watcher and an holy one came down from heaven;

14 He cried aloud, and said thus, Hew down the tree, and cut off his branches, shake off his leaves, and scatter his fruit: let the beasts get away from under it, and the fowls from his branches:

15 Nevertheless leave the stump of his roots in the earth, even with a band of iron and brass, in the tender grass of the field; and let it be wet with the dew of heaven, and *let* his portion *be* with the beasts in the grass of the earth:

16 Let his heart be changed from man's, and let a beast's heart be given unto him; and let seven times pass over him.

17 This matter *is* by the decree of the watchers, and the demand by the word of the holy ones: to the intent that the living may know that the most High ruleth in the kingdom of men, and giveth it to whomsoever he will, and setteth up over it the basest of men.

18 This dream I king Nebuchadnezzar have seen. Now thou, O Belteshazzar, declare the interpretation thereof, forasmuch as all the wise *men* of my kingdom are not able to make known unto me the interpretation: but thou *art* able; for the spirit of the holy gods *is* in thee.

19 Then Daniel, whose name *was* Belteshazzar, was astonied for one hour, and his thoughts troubled him. The king spake, and said, Belteshazzar, let not the dream, or the interpretation thereof, trouble thee. Belteshazzar answered and said, My lord, the dream *be* to them that hate thee, and the interpretation thereof to thine enemies.

20 The tree that thou sawest, which grew, and was strong, whose height reached unto the heaven, and the sight thereof to all the earth;

21 Whose leaves *were* fair, and the fruit thereof much, and in it *was* meat for all; under which the beasts of the field dwelt, and upon whose branches the fowls of the heaven had their habitation:

22 It *is* thou, O king, that art grown and become strong: for thy greatness is grown, and reacheth unto heaven, and thy dominion to the end of the earth.

23 And whereas the king saw a watcher and an holy one coming down from heaven, and saying, Hew the tree down, and destroy it; yet leave the stump of the roots thereof in the earth, even with a band of iron and brass, in the tender grass

of the field; and let it be wet with the dew of heaven, and *let* his portion *be* with the beasts of the field, till seven times pass over him;

24 This *is* the interpretation, O king, and this *is* the decree of the most High, which is come upon my lord the king:

25 That they shall drive thee from men, and thy dwelling shall be with the beasts of the field, and they shall make thee to eat grass as oxen, and they shall wet thee with the dew of heaven, and seven times shall pass over thee, till thou know that the most High ruleth in the kingdom of men, and giveth it to whomsoever he will.

26 And whereas they commanded to leave the stump of the tree roots; thy kingdom shall be sure unto thee, after that thou shalt have known that the heavens do rule.

27 Wherefore, O king, let my counsel be acceptable unto thee, and break off thy sins by righteousness, and thine iniquities by shewing mercy to the poor; if it may be a lengthening of thy tranquillity.

28 All this came upon the king Nebuchadnezzar.

29 At the end of twelve months he walked in the palace of the kingdom of Babylon.

30 **The king spake, and said, Is not this great Babylon, that I have built for the house of the kingdom by the might of my power, and for the honour of my majesty?**

31 While the word *was* in the king's mouth, there fell a voice from heaven, *saying,* O king Nebuchadnezzar, to thee it is spoken; The kingdom is departed from thee.

32 And they shall drive thee from men, and thy dwelling *shall be* with the beasts of the field: they shall make thee to eat grass as oxen, and seven times shall pass over thee, until thou know that the most High ruleth in the kingdom of men, and giveth it to whomsoever he will.

33 **The same hour was the thing fulfilled upon Nebuchadnezzar: and he was driven from men, and did eat grass as oxen, and his body was wet with the dew of heaven, till his hairs were grown like eagles'** *feathers,* **and his nails like birds'** *claws.*

34 And at the end of the days I Nebuchadnezzar lifted up mine eyes unto heaven, and mine understanding returned unto me, and I blessed the most High, and I praised and honoured him that liveth for ever, whose dominion *is* an everlasting dominion, and his kingdom *is* from generation to generation:

35 And all the inhabitants of the earth *are* reputed as nothing: and he doeth according to his will in the army of heaven, and *among* the inhabitants of the earth: and none can stay his hand, or say unto him, What doest thou?

36 **At the same time my reason returned unto me;** and for the glory of my kingdom, **mine honour and brightness returned unto me; and my**

**counsellors and my lords sought unto me; and I was established in my kingdom, and excellent majesty was added unto me.**

37 Now I Nebuchadnezzar praise and extol and honour the King of heaven, all whose works *are* truth, and his ways judgment: and those that walk in pride he is able to abase.

Nebuchadnezzar lost sight of who put him in charge over his Kingdom – God. When he lost sight of that reality, he lost his Kingdom and it was placed in trust with Belteshazzar (a.k.a. Daniel) as Trustee for seven years. When Nebuchadnezzar's senses returned to him and he understood reality (that God exists, there is an agreement and that we exist under his rules) then his Kingdom was granted back to him out of trust with Nebuchadnezzar as beneficiary. James-Francis: Murphy believes his senses are intact. James-Francis: Murphy's understanding of the covenant increases daily. Continuous work equals increased benefits. The placing in trust of one's Sovereignty, property, etc, is the mechanical manner in which that property is transferred in trust so that the quo minus individual can take the time to regain his or her sense of reality as it relates to the Genesis 17 agreement.

8. The accuracy of the Torah in its encrypted form has been acknowledged. This demonstration was performed at the agency known as the National Security Agency wherein NSA Agent Harold Ganns ran the Torah through a Cray (?) computer for encryption analysis and discovered that it has a 99.9997% probability of encryption. The encryption pattern demonstrated that the Torah is encrypted forwards, backwards, diagonally, and vertically. It was also demonstrated that the Torah contains data that appears to demonstrate data beyond our current time-lined space-time-continuum. In order to view a matrix outside of and in control of its space-time-continuum one would have to have created the matrix ab initio. Therefore, it appears that a higher force created the Torah and encrypted it in such a manner that only a society with reasonable, productive parties in charge would be able to decrypt said data and learn from its creator.

9. Therefore, to divorce one-self from the basic doctrines of Biblical writ would be an act divorced from reality. The Book of Hosea states at 4:6 "My people are destroyed for lack of knowledge: because thou hast rejected knowledge, I will also reject thee, that thou shalt be no priest to me: seeing thou hast forgotten the law of thy God, I will also forget thy children." James-Francis: Murphy does

not wish to be confused, fused with the advocates of equity, admiralty, maritime, divorced from reality, rejecting knowledge or diminished in any capacity.

10. Secular Humanism is a religion, TORCASO v. WATKINS, 367 U.S. 488 (1961), footnote 11 states; Among religions in this country which do not teach what would generally be considered a belief in the existence of God are Buddhism, Taoism, Ethical Culture, Secular Humanism and others. *See* Washington Ethical Society v. District of Columbia, 101 U.S.App.D.C. 371, 249 F.2d 127; *Fellowship of Humanity v. County of Alameda,* 153 Cal.App.2d 673, 315 P.2d 394; II Encyclopedia of the Social Sciences 293; 4 Encyclopedia Britannica (1957 ed.) 325-327; 21 *id.* at 797; Archer, Faiths Men Live By (2d ed. revised by Purinton), 120-138, 254-313; 1961 World Almanac 695, 712; Year Book of American Churches for 1961, at 29, 47.

11. Both STATE OF "X" and UNITED STATES OF AMERICA (as defined by the Diversified case) are engaged in practicing and placing preference upon Secular Humanism. Therefore, the current "New Deal" equity is based upon Secular Humanism that is on par with Baal worship. This is an abomination in the Genesis 17 law form.

12. One of the many beliefs and practices of the Secular Humanism religious movement is the practice of homosexuality. In the case of **Romer, Governor of Colorado, et al. v. Evans et al.**, No. 94-1039, Argued October 10, 1995- Decided May 20, 1996, it states in the dissenting opinion,

"When the **Court takes sides in the culture wars**, it tends to be with the knights rather than the villeins--and more specifically with the Templars, reflecting the views and values of the lawyer class from which the Court's Members are drawn. How that class feels about homosexuality will be evident to anyone who wishes to interview job applicants at virtually any of the Nation's law schools. The interviewer may refuse to offer a job because the applicant is a Republican; because he is an adulterer; because he went to the wrong prep school or belongs to the wrong country club; because he eats snails; because he is a womanizer; because she wears real-animal fur; or even because he hates the Chicago Cubs. But **if the interviewer should wish not to be an associate or partner of an applicant because he disapproves of the applicant's homosexuality, then he will have violated the pledge which the Association of American Law Schools requires all its member-schools to exact from job interviewers: "assurance of the employer's willingness" to hire homosexuals. Bylaws of the**

**Association of American Law Schools, Inc. Section 6-4(b); Executive Committee Regulations of the Association of American Law Schools Section 6.19, in 1995 Handbook, Association of American Law Schools.** <u>This law-school view of what "prejudices" must be stamped out may be contrasted with the more plebeian attitudes that apparently still prevail in the United States Congress, which has been unresponsive to repeated attempts to extend to homosexuals the protections of federal civil right laws</u>, see, e.g., Employment Non-Discrimination Act of 1994, S. 2238, 103d Cong., 2d Sess. (1994); Civil Rights Amendments of 1975, H. R. 5452, 94th Cong., 1st Sess. (1975), and which took the pains to exclude them specifically from the Americans With Disabilities Act of 1990, see 42 U. S. C. Section 12211(a) (1988 ed., Supp. V)."

Homosexuality is now forced upon <u>public</u> school children. Senate Bill 777 was signed Oct. 12 2007 into law by California Gov. Arnold Schwarzenegger. The law creates a ban on "discriminatory bias" against homosexuals and others with alternative lifestyles in California schools but does not protect students with religious and traditional lifestyles and beliefs. Said schooling is paid for with <u>public</u> property tax bailment. Clearly, this is a mixture of church and state. Therefore, the "New Deal" controllers, in their equity, are engaged in promoting the religion known as Secular Humanism. Their equity is separate and apart from the Genesis 17 agreement, see attached **MEMORANDUM AS EXHIBIT 6 DEMONSTRATING THAT GENESIS CHAPTER 17 IS THE ABRAHAMIC COVENANT.** James-Francis: Murphy realizes he cannot participate in such a system and is taking proactive measures to separate himself and his family from Secular Humanism.

13.   The original Congress operating in A.D. 1782 was faced with a dilemma. The British Crown (in its perpetual Corporation Sole capacity) had issued a copyright on the King James Bible printed in A.D. 1611. Since earlier hostilities had been in motion for some time, the Crown ceased all importing of the Bible to the colonies starting in A.D. 1769. By A.D. 1782, Bibles written in English were not as plentiful. Therefore, the original 13 states Congress ordered in A.D. 1782 that they would break the copyright and produce 20,000 copies of the Bible to be handed to the American revolutionary War soldiers. Said Congress did so to print "the law." Therefore, even Congress recognized Torah as "the law." Said Congress became known as the "Bible Congress." This data is a matter of museum record on public display at the Bible museum located in the Hampton Inn, of Goodyear, Arizona.

14. There are many more examples that James-Francis: Murphy could add in support, however, James-Francis: Murphy believes these are enough to prove the points enclosed.

15. Since the data in question listed above is so old and respected as accepted the Fed. Rules of Evidence Rule 803(8) would apply as hearsay exceptions. **Rule 803(8) is as follows. Hearsay Exceptions; Availability of Declarant Immaterial.** The following are not excluded by the hearsay rule, even though the declarant is available as a witness:(8) **Public records and reports.** Records, reports, statements, or data compilations, in any form, of public offices or agencies, setting forth (A) the activities of the office or agency, or (B) matters observed pursuant to duty imposed by law as to which matters there was a duty to report, excluding, however, in criminal cases matters observed by police officers and other law enforcement personnel, or (C) in civil actions and proceedings and against the Government in criminal cases, factual findings resulting from an investigation made pursuant to authority granted by law, unless the sources of information or other circumstances indicate lack of trustworthiness.

_/s/ James-Francis: Murphy_
James-Francis: Murphy
Authorized Representative

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered,
This 15th day of August, 2008, to:
U. S. Assistant Attorney Fred Sheppard
880 Front Street Room 6293
San Diego, CA
619-557-5610

_____

Service performed by:

*[signature]*

James-Francis: Murphy
In Care of Postal Department 234277
Encinitas, California 92023-4277
Tel- 760-230-2868
In Propria Persona