NUNC PRO TUNC

AUG 15 2008

James-Francis: Murphy
In Care of Postal Department 234277
Encinitas, California 92023-4277
Tel: 760-230-2868
In Propria Persona



FILED

AUG 27 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>v.<br><br>JAMES FRANCIS MURPHY<br>    Defendant, | ) Case No.: 08 CR 1196 W<br>)<br>) MEMORANDUM AS EXHIBIT 6<br>) DEMONSTRATING THAT GENESIS<br>) CHAPTER 17 IS THE ABRAHAMIC<br>) COVENANT<br>)<br>) Magistrate Judge Nina Stormes<br>) August 21, 2008 at 9:30am |
| James-Francis: Murphy<br>Real Party in Interest,<br>Third Party Intervener,<br>Authorized Representative | )<br>)<br>) Jugde Thomas J. Whelan<br>) September 8, 2008 at 2:00pm |

### MEMORANDUM AS EXHIBIT 6 DEMONSTRATING THAT
### GENESIS CHAPTER 17 IS THE ABRAHAMIC COVENANT

1. The Abrahamic Covenant is located in **hrwt**, or Torah. Torah, or law, lists the first five books of the "Old Testament." The Old Testament is also known as the Pentateuch or the Book of Moses. King James of the British Crown chartered a drafting of the Bible in 1611 that is still used to this day after William Tyndale translated much of the Bible into English. Chapter 17 is the chapter that relates to the Abrahamic Covenant.

2. Said chapter states:

"KJV Genesis 17:1 And when Abram was ninety years old and nine, the LORD appeared to Abram, and said unto him, I *am* the Almighty God; walk before me, and be thou perfect.

2 And I will make my covenant between me and thee, and will multiply thee exceedingly.

3 And Abram fell on his face: and God talked with him, saying,

4 As for me, behold, my covenant *is* with thee, and thou shalt be a father of many nations.

5 Neither shall thy name any more be called Abram, but thy name shall be Abraham; for a father of many nations have I made thee.

6 And I will make thee exceeding fruitful, and I will make nations of thee, and kings shall come out of thee.

7 And I will establish my covenant between me and thee and thy seed after thee in their generations for an everlasting covenant, to be a God unto thee, and to thy seed after thee.

8 And I will give unto thee, and to thy seed after thee, the land wherein thou art a stranger, all the land of Canaan, for an everlasting possession; and I will be their God.

9 And God said unto Abraham, Thou shalt keep my covenant therefore, thou, and thy seed after thee in their generations.

10 This *is* my covenant, which ye shall keep, between me and you and thy seed after thee; Every man child among you shall be circumcised.

11 And ye shall circumcise the flesh of your foreskin; and it shall be a token of the covenant betwixt me and you.

12 And he that is eight days old shall be circumcised among you, every man child in your generations, he that is born in the house, or bought with money of any stranger, which *is* not of thy seed.

13 He that is born in thy house, and he that is bought with thy money, must needs be circumcised: and my covenant shall be in your flesh for an everlasting covenant.

| | |
|---|---|
| 1 | 14 And the uncircumcised man child whose flesh of his foreskin is not |
| 2 | circumcised, that soul shall be cut off from his people; he hath broken my |
| 3 | covenant. |
| 4 | 15 And God said unto Abraham, As for Sarai thy wife, thou shalt not call her |
| 5 | name Sarai, but Sarah *shall* her name *be*. |
| 6 | 16 And I will bless her, and give thee a son also of her: yea, I will bless her, |
| 7 | and she shall be a *mother* of nations; kings of people shall be of her. |
| 8 | 17 Then Abraham fell upon his face, and laughed, and said in his heart, |
| 9 | Shall *a child* be born unto him that is an hundred years old? and shall |
| 10 | Sarah, that is ninety years old, bear? |
| 11 | 18 And Abraham said unto God, O that Ishmael might live before thee! |
| 12 | 19 And God said, Sarah thy wife shall bear thee a son indeed; and thou shalt |
| 13 | call his name Isaac: and I will establish my covenant with him for an |
| 14 | everlasting covenant, *and* with his seed after him. |
| 15 | 20 And as for Ishmael, I have heard thee: Behold, I have blessed him, and |
| 16 | will make him fruitful, and will multiply him exceedingly; twelve princes shall |
| 17 | he beget, and I will make him a great nation. |
| 18 | 21 But my covenant will I establish with Isaac, which Sarah shall bear unto |
| 19 | thee at this set time in the next year. |
| 20 | 22 And he left off talking with him, and God went up from Abraham. |
| 21 | 23 And Abraham took Ishmael his son, and all that were born in his house, |
| 22 | and all that were bought with his money, every male among the men of |
| 23 | Abraham's house; and circumcised the flesh of their foreskin in the selfsame |
| 24 | day, as God had said unto him. |
| 25 | 24 And Abraham *was* ninety years old and nine, when he was circumcised in |
| 26 | the flesh of his foreskin. |
| 27 | 25 And Ishmael his son *was* thirteen years old, when he was circumcised in |
| 28 | the flesh of his foreskin. |
| 29 | 26 In the selfsame day was Abraham circumcised, and Ishmael his son. |

27 And all the men of his house, born in the house, and bought with money of the stranger, were circumcised with him."

[Note: This version was copied from Bibleworks]

3. This covenant is a trust agreement. Anyone who writes or drafts trusts will most likely notice the indicia therein. Those indicia are as follows.

4. Verse one states "And when Abram was ninety years old and nine, the LORD appeared to Abram, and said unto him, I *am* the Almighty God; walk before me, and be thou perfect." This simply states the parties to the agreement. Specifically, these two parties are the Grantor/God, and Trustee/Abraham. We know that Abram's capacity changes because he is renamed Abraham – a more specific leader of a certain group of people at that time.

5. Verses two through six are verses of performance.

6. Verse seven states, "And I will establish my covenant between me and thee and thy seed after thee in their generations for an everlasting covenant, to be a God unto thee, and to thy seed after thee." With the mention of "thy seed after thee" implies an agreement in perpetuity or with continuity of life and specifically for third parties. Therefore, an agreement has been set forth between two parties for the benefit of a third in perpetuity. This relationship meets the very meaning and intention of an irrevocable trust agreement.

7. Verse eight lays out the trust res or corpus of that trust agreement.

8. Verses nine and ten are performance clauses for both the trustee and the beneficiaries to perform with verses 11, 12 and 13 being the evidence of the agreement or the signature of the agreement whether the party be trustee or beneficiary.

9. Verse 14 is a penalty clause for performance failure.

10. The remaining verses continue on with clauses demonstrating performance for both parties, perpetuity and also demonstrates applicability to those under the command and control of the Abrahamic Covenant people.

**VERIFICATION**

Under penalty of perjury, I, James-Francis: Murphy, do hereby affirm that I have fully read and understand the foregoing instrument in its entirety and further affirm that all averments contained in this document are true and correct to the best of my knowledge.

Respectfully submitted this August 15, 2008,

_____
James-Francis: Murphy,
Authorized Representative

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | COPY of the forgoing hand delivered, |
| 3 | This 15th of August, 2008, to: |
| 4 | U. S. Assistant Attorney Fred Sheppard |
| 5 | 880 Front Street Room 6293 |
| 6 | San Diego, CA |
| 7 | 619-557-5610 |
| 8 | |
| 9 | _____ |
| 10 | |
| 11 | Service performed by: |
| 12 | *[signature]* |
| 13 | James-Francis: Murphy |
| 14 | In Care of Postal Department 234277 |
| 15 | Encinitas, California 92023-4277 |
| 16 | Tel: 760-230-2868 |
| 17 | In Propria Persona |