1  James-Francis: Murphy,
2  In Care of Postal Department 234277
3  Encinitas, California [92023-4277]
4  Tel: 760-230-2868
5  In Propria Persona

FILED
'08 AUG 27 AM 9:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| PLAINTIFF, ) | CASE NO. - 08 CR 1196 W |
| v. ) | |
| JAMES FRANCIS MURPHY ) | **LIST OF EXHIBITS CONTINUED** |
| Defendant, ) | |
| ) | Magistrate Judge Nita L. Stormes |
| ) | August 26, 2008 at 9:30am |
| _____ ) | |
| James-Francis: Murphy ) | Judge Thomas J. Whelan |
| Third Party Intervener, ) | September 8, 2008 at 2:00pm and |
| Real Party in Interest, ) | September 30, 2008 at 9:00am |
| Authorized Representative ) | |

James Francis Murphy, AR appears and presents this list of exhibits for the court for submission into evidence now and/or at trial.

Note: Public Law 414 information also attached to Notice of Creation of Impossibility of Law.

**Exhibit 5** - Certified copy of California Copy Certification by Document Custodian, Apostille, Act of State, Reaffirmation of Character And Renunciation of Attempted Expatriation filed May 30, 2007 in United States District Court, Southern District of California.

**Exhibit 7** - 15 Statutes at Large, Chapter 249 (Section 1). An Act concerning the Rights of American Citizens in foreign States.



1  | **Exhibit 8 -** Afroyim v. Rusk, 387 U.S. 253 (1967)
2  | **Exhibit 9 –** Title 28 Judiciary and Judicial Procedure U.S.C. Sec. 3002 Pg 564
3  | **Exhibit 10–** U.S. v Cooper, 312 U.S. 600,604, 61 Sct 742 (1941)
4  | **Exhibit 11–** U.S. v United Mine Workers of America, 330 U.S. 258, 67 Sct 677 (1947)
5  | **Exhibit 12–** Wilson v. Omaha Indian Tribe, 422 U.S. 653. 667 (1979)
6  | **Exhibit 13-** Public Law 97-280, 96 STAT. 1211
7  | .**Exhibit 14-** Aldinger v. Howard, 427 U.S. 1 (1976)
8  | **Exhibit 15-** Balzac v. Porto Rico, 258 U.S. 298 (1922)
9  | **Exhibit 16-** Page 170 of PUBLIC LAW 414- JUNE 27, 1952
10 | **Exhibit 17-** COCHRAN et al v. ST. PAUL & TACOMA LUMBER CO
11 | **Exhibit 18-** 50 USCS Appx Section 12
12 | **Exhibit 19-** Torcaso v. Watkins, 367 U.S. 488
13 | **Exhibit 20-** Act of P.L. 414, June 27, 1952
14 | **Exhibit 21-** STEVENS v. BERGER 428 F.Supp 896 (E.D.N.Y. 1977)
15 | **Exhibit 22-** CALLAHAN v. WOODS, 658 F.2d 679 (1981)
16-18 | **Exhibit 23-** Certified copy from USDC Southern California District of THIS NOTICE EFFECTIVELY TERMINATES THE SOCIAL SECURITY AGREEMENT FOR THIS AFFIANT
19-21 | **Exhibit 24-** Certified copy from USDC Southern California District of MEMORANDUM DEMONSTRATING STRUCTURE OF THE SOCIAL SECURITY AGREEMENT IN SUPPORT OF REVESTING OF TITLE
22-23 | **Exhibit 25-** First Annual Report of the Social Security Board Fiscal Year Ended June 30, 1936
24-25 | **Exhibit 26-** Statutory Instrument 1997 No. 1778, The Social Security (United States of America) Order 1997. Crown Copyright 1997
26 | Exhibit 27- THE GLIDE, 167 U.S. 606 (1897)
27 | Exhibit 28- THE CORSAIR, 145 U.S. 335(1892)

1 | Exhibit 29- TRUSTEES OF DARTMOUTH COLL. V. WOODWARD, 17 U.S. 518(1819)

2 | Exhibit 30- Re: Entity: JAMES FRANCIS MURPHY. Business Entities Records Order
3 | Form

4 | Exhibit 31- CALIFORNIA VEHICLE CODE SECTION 12801- 12801.5

5 | Exhibit 32- Doctor of Osteopathy Diploma

6 | Exhibits 33- to 200- To be determined and added as needed.

7 |

8 | Respectfully submitted August 25, 2008,

9 | *[signature]*
10 | James-Francis: Murphy,
11 | Authorized Representative

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | COPY of the forgoing hand delivered, |
| 4 | This 26th day of August, 2008, to: |
| 5 | U. S. Assistant Attorney Fred Sheppard |
| 6 | 880 Front Street Room 6293 |
| 7 | San Diego, CA |
| 8 | 619-557-5610 |
| 9 | |
| 10 | _____ |
| 11 | |
| 12 | |
| 13 | Service performed by: |
| 14 | |
| 15 | |
| 16 | [signature] |
| 17 | James-Francis: Murphy |
| 18 | In Care of Postal Department 234277 |
| 19 | Encinitas, California a 92023-4277 |
| 20 | Tel: 760-230-2868 |