```
1  James-Francis: Murphy,
2  In Care of Postal Department 234277
3  Encinitas, California [92023-4277]
4  Tel: 760-230-2868
5  In Propria Persona
```

**NUNC PRO TUNC**  FILED
AUG 2 5 2008   08 AUG 27 AM 9:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CASE NO. - 08 CR 1196 W |
| Plaintiff, ) | |
| v. ) | **EXHIBIT 7** |
| JAMES FRANCIS MURPHY ) | |
| Defendant, ) | **15 Statutes at Large, Chapter 249** |
| ) | **(Section 1) An Act concerning the Rights** |
| _____ ) | **of American Citizens in foreign States** |
| James-Francis: Murphy ) | Magistrate Judge Nita L. Stormes |
| Third Party Intervener, ) | August 26, 2008 at 9:30am |
| Real Party in Interest, ) | |
| Authorized Representative ) | Judge Thomas J. Whelan |
| ) | September 8, 2008 at 2:00pm and |
| ) | September 30, 2008 at 9:00am |

Total pages of **EXHIBIT 7** attached- one (1)

James Francis Murphy, AR, appears and presents this exhibit for the court for submission into evidence now and/or at trial.

Respectfully submitted August 25, 2008,

_____
James-Francis: Murphy,
Authorized Representative

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | COPY of the forgoing hand delivered, |
| 4 | This 25 day of August, 2008, to: |
| 5 | U. S. Assistant Attorney Fred Sheppard |
| 6 | 880 Front Street Room 6293 |
| 7 | San Diego, CA |
| 8 | 619-557-5610 |
| 9 | |
| 10 | _____ |
| 11 | |
| 12 | |
| 13 | Service performed by: |
| 14 | |
| 15 | |
| 16 | *[signature]* |
| 17 | James-Francis: Murphy |
| 18 | In Care of Postal Department 234277 |
| 19 | Encinitas, California a 92023-4277 |
| 20 | Tel: 760-230-2868 |

08/08/21 [Exhibit 7] — Page 2 of 2

15 Statutes at Large, Chapter 249 (Section 1)      July 27, 1868.

CHAP. CCXLIX – *An Act concerning the Rights of American Citizens in foreign States.*

Rights of American citizens in foreign states.
Preamble.

Whereas the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle, this government has freely received emigrants from all nations, and invested them with the rights of citizenship; and whereas it is claimed that such American citizens, with their descendents, are subjects of foreign states, owing allegiance to the governments thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed; Therefore,

Right of ex-patriation declared.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That any declaration, instruction, opinion, order, or decision of any officers of this government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

Protection to naturalized citizens in foreign states.

Sec. 2. *And be it further enacted*, That all naturalized citizens of the United States, while in foreign states, shall be entitled to, and shall receive from this government, the same protection of persons and property that is accorded to native-born citizens in like situations and circum-stances.

Release of citizens imprisoned by foreign governments to be demanded.

Sec. 3. *And be it further enacted*, That whenever it shall be made known to the President that any citizen of the United States has been unjustly deprived of his liberty by or under the authority of any foreign government, it shall be the duty of the President forthwith to demand of that government the reasons for such imprisonment, and if it appears to be wrongful and in violation of the rights of American citizenship, the Presi-dent shall forthwith demand the release of such citizen, and if the release so demanded is unreasonably delayed or refused, it shall be the duty of the President to use such means, not amounting to acts of war, as he may think necessary and proper to obtain or effectuate such release, and all the facts and proceedings relative thereto shall as soon as practicable be communicated by the President to Congress.

Approved, July 27, 1868.

Facts to be communicated to Congress.