```
1  James-Francis: Murphy,                    NUNC PRO TUNC        FILED
2  In Care of Postal Department 234277
3  Encinitas, California 92023-4277            AUG 2 5 2008       08 AUG 27 AM 9:30
4  Tel: 760-230-2868
5  In Propria Persona                                             CLERK, U.S. DISTRICT COURT
                                                                  SOUTHERN DISTRICT OF CALIFORNIA

                                                             BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | CASE NO. - 08 CR 1196 W |
| Plaintiff, ) | |
| v. ) | **EXHIBIT 13** |
| JAMES FRANCIS MURPHY ) | |
| Defendant, ) | **Public Law 97-280, 96 STAT. 1211** |
| ) | |
| _____ ) | |
| James-Francis: Murphy ) | Magistrate Judge Nita L. Stormes |
| Third Party Intervener, ) | August 26, 2008 at 9:30am |
| Real Party in Interest, ) | |
| Authorized Representative ) | Judge Thomas J. Whelan |
| ) | September 8, 2008 at 2:00pm and |
| ) | September 30, 2008 at 9:00am |

Total pages of **EXHIBIT 13** attached- one (1)

James Francis Murphy, AR, appears and presents this exhibit for the court for submission into evidence now and/or at trial.

Respectfully submitted August 25, 2008,

_James-Francis: Murphy (signature)_

James-Francis: Murphy,
Authorized Representative

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered,
This 25 day of August, 2008, to:
U. S. Assistant Attorney Fred Sheppard
880 Front Street Room 6293
San Diego, CA
619-557-5610

_____

Service performed by:

*[signature]*

James-Francis: Murphy
In Care of Postal Department 234277
Encinitas, California a 92023-4277
Tel: 760-230-2868

# CONGRESS DECLARES BIBLE

# "THE WORD OF GOD"

PUBLIC LAW 97-280—OCT. 4, 1982

Public Law 97-280
97th Congress

96 STAT. 1211

## Joint Resolution

Authorizing and requesting the President to proclaim 1983 as the "Year of the Bible".

Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people;

Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;

Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States;

Whereas many of our great national leaders—among them Presidents Washington, Jackson, Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's development, as in the words of President Jackson that the Bible is "the rock on which our Republic rests";

Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies;

Whereas this Nation now faces great challenges that will test this Nation as it has never been tested before; and

Whereas that renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That the President is authorized and requested to designate 1983 as a national "Year of the Bible" in recognition of both the formative influence the Bible has been for our Nation, and our national need to study and apply the teachings of the Holy Scriptures.

Approved October 4, 1982.

*Scriptures for America, P.O. Box 766, LaPorte, Colo. 80535*

EXHIBIT