1  James-Francis: Murphy,
2  In Care of Postal Department 234277
3  Encinitas, California 92023-4277
4  Tel: 760-230-2868
5  In Propria Persona

**NUNC PRO TUNC**

AUG 2 5 2008

FILED

08 AUG 27 AM 9: 31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

9  UNITED STATES DISTRICT COURT
10  SOUTHERN DISTRICT OF CALIFORNIA

12  **UNITED STATES OF AMERICA**    )    CASE NO. - 08 CR 1196 W
13      PLAINTIFF,                  )
14      v.                          )    **EXHIBIT 30**
15  JAMES FRANCIS MURPHY            )
16      Defendant,                  )    **Re: Entity: JAMES FRANCIS**
17                                  )    **MURPHY Business Entities**
18  _____           )    **Records Order Form**
19                                  )
20  James-Francis: Murphy           )    Magistrate Judge Stormes
21      Third Party Intervener,     )    August 26, 2008 at 9:30am
22      Real Party in Interest,     )
23      Authorized Representative   )    Judge Thomas Whelan
24                                  )    September 8, 2008 at 2:00pm and
25                                  )    September 30, 2008 at 9:00am

28  Total pages of **EXHIBIT 30** attached- one (1)

30  James Francis Murphy, AR, appears and presents this exhibit for the court for
31  submission into evidence now and/or at trial.

35  Respectfully submitted August 25, 2008,

37  James-Francis: Murphy,
38  Authorized Representative



## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered,
This 25 day of August, 2008, to:
U. S. Assistant Attorney Fred Sheppard
880 Front Street Room 6293
San Diego, CA
619-557-5610

_____

Service performed by:
James-Francis: Murphy
In Care of Postal Department 234277
Encinitas, California a 92023-4277
Tel: 760-230-2868

08/08/21 [Exhibit 30] — Page 2 of 2

Requestor's Information:
James-Francis:Murphy
In care of postal department 234277
Encinitas, California [92023]
Telephone 760-230-2868

August 12, 2008

Secretary of State
Certification and Records
Attention: IRC
1500 11th Street, 3rd Floor
P.O. Box 944260
Sacramento, CA 94244-2600

Re: Entity: JAMES FRANCIS MURPHY
    Business Entities Records Order Form Letter

Dear IRC Dept.

I am requesting searches be done on the entity name JAMES FRANCIS MURPHY.

Could you please search all of the following entity types listed:

1. Corporation (Corp)
2. Limited Liability Company (LLC)
3. Limited Partnership
4. General Partnership
5. Limited Liability Partnership
6. Unincorporated Business Organization
7. Sole Partnership
8. Alpha Scroll

I would like a CERTIFICATE OF NON-FILING ($5.00 each) for each entity type searched. Feasibly, I would have 8 CERTIFICATES OF NON-FILINGS returned to me in the attached self-addressed envelope.

Attached is a check made payable to the Secretary of State, not to exceed $50.00.

Thank you for your attention in this matter, if you have any questions, please feel free to call.

Sincerely,

James-Francis:Murphy
Enclosures: self-addressed env., check