| | |
|---|---|
| 1  James-Francis: Murphy, | **NUNC PRO TUNC**    FILED |
| 2  In Care of Postal Department 234277 | |
| 3  Encinitas, California 92023-4277 | AUG 2 5 2008    08 AUG 27 AM 9:31 |
| 4  Tel: 760-230-2868 | CLERK, U.S. DISTRICT COURT |
| 5  In Propria Persona | SOUTHERN DISTRICT OF CALIFORNIA |
| | BY:                              DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CASE NO. - 08 CR 1196 W |
| Plaintiff, ) | |
| v. ) | **EXHIBIT 31** |
| JAMES FRANCIS MURPHY ) | |
| Defendant, ) | **CALIFORNIA VEHICLE CODE** |
| ) | **SECTION 12801-12801.5** |
| ) | |
| _____ ) | |
| James-Francis: Murphy ) | Magistrate Judge Stormes |
|     Third Party Intervener, ) | August 26, 2008 at 9:30am |
|     Real Party in Interest, ) | |
|     Authorized Representative ) | Judge Thomas Whelan |
| ) | September 8, 2008 at 2:00pm and |
| ) | September 30, 2008 at 9:00am |

Total pages of **EXHIBIT 31** attached- one (1)

James Francis Murphy, AR, appears and presents this exhibit for the court for submission into evidence now and/or at trial.

Respectfully submitted August 25, 2008,

_____
James-Francis: Murphy,
Authorized Representative

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered,
This 25 day of August, 2008, to:
U. S. Assistant Attorney Fred Sheppard
880 Front Street Room 6293
San Diego, CA
619-557-5610

_____

Service performed by:
James-Francis: Murphy
In Care of Postal Department 234277
Encinitas, California a 92023-4277
Tel: 760-230-2868

EXHIBIT 31

CALIFORNIA CODES

VEHICLE CODE

SECTION 12801-12801.5

12801. (a) Notwithstanding any other provision of law, the department shall require an application for a driver's license to contain the applicant's social security account number and any other number or identifier determined to be appropriate by the department.

   (b) Notwithstanding any other law, the social security account number collected on a driver's license application shall not be displayed on the driver's license including, but not limited to, inclusion on a magnetic tape or strip used to store data on the license.

12801.5. (a) Notwithstanding any other provision of law, the department shall require an applicant for an original driver's license or identification **card** to submit satisfactory proof that the applicant's presence in the United States is authorized under federal law.

   (b) The department shall not issue an original driver's license or identification **card** to a person who does not submit satisfactory proof that the applicant's presence in the United States is authorized under federal law.

   (c) The department shall adopt regulations to carry out the purposes of this section, including procedures for, but not limited to, (1) verifying that the applicant's presence in the United States is authorized under federal law, (2) issuance of a temporary license pending verification of the applicant's status, and (3) appeal hearings from a denial of a license, temporary license, or identification **card**.